*Acting Solicitor General Stern, George J. Bott, David P. Findling, Mozart G. Ratner* and *Elizabeth W. Weston* filed a memorandum for respondent stating that they do not oppose the granting of the petition limited to the question of the interpretation of § 8 (a)(3) of the National Labor Relations Act.

No. 278. RAMSPECK ET AL. *v.* FEDERAL TRIAL EXAMINERS CONFERENCE ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Perlman* for the members of the Civil Service Commission and the National Labor Relations Board, petitioners. *Charles S. Rhyne* and *Eugene J. Bradley* for respondents.

No. 287. POLIZZI *v.* COWLES MAGAZINES, INC. C. A. 5th Cir. Certiorari granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *John D. Marsh* for petitioner. *Arthur E. Farmer* for respondent.

No. 301. NATIONAL LABOR RELATIONS BOARD *v.* INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA. C. A. 8th Cir. Certiorari granted. *Acting Solicitor General Stern* and *George J. Bott* for petitioner. *Clif Langsdale* for respondent.

No. 262. CALMAR STEAMSHIP CORP. *v.* UNITED STATES; and
No. 303. CALMAR STEAMSHIP CORP. *v.* SCOTT ET AL. C. A. 2d Cir. Certiorari granted. *Edwin S. Murphy, Ira A. Campbell* and *Helen C. Cunningham* for petitioner. *Acting Solicitor General Stern* filed a memorandum